UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

                        Petitioner,

            -against-

UNITED STATES OF AMERICA,

                        Respondent.

1:26-CV-0709 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

In an order dated November 6, 2023, the Court barred Petitioner from filing future *habeas corpus* petitions in this court *in forma pauperis* ("IFP") that challenge his ongoing criminal proceedings arising from his September 14, 2021 arrest, specifically, those proceedings pending under indictment number 70616-21 in the Bronx Supreme Criminal Court, also known as the New York Supreme Court, Bronx County. *Jones v. McCormack*, ECF 1:23-CV-8296 (S.D.N.Y. Nov. 6, 2023); *see Jones*, ECF 1:23-CV-8296, 4 (S.D.N.Y. Jan. 22, 2026) (noting that the Nov. 6, 2023 bar order remains in place). Petitioner brings this new petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging those abovementioned ongoing state-court criminal proceedings, seeks IFP status, and has not sought leave from the court. The Court therefore denies the petition and dismisses this action without prejudice for Petitioner's failure to comply with the Court's November 6, 2023 order in *Jones*, ECF 1:23-CV-8296, 13.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:    February 19, 2026
              New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge