UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL JONES,

                              Petitioner,

            -against-                                      26cv709 (LTS)

UNITED STATES OF AMERICA,                        CIVIL JUDGMENT

                              Respondent.

        For the reasons stated in the February 19, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    March 2, 2026
            New York, New York


                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge